LAW OFFICE
RICHARD G. HILL,
CHARTERED
Post Office Box 2551
Reno, Nevada 89505
(775) 348-0888
Fax(775) 348-0858

1  RICHARD G. HILL, CHARTERED
   RICHARD G. HILL, ESQ.
2  State Bar No. 596
   CASEY D. BAKER, ESQ.
3  State Bar No. 9504
   652 Forest Street
4  Reno, Nevada 89509
   (775) 348-0888
5  Attorneys for Plaintiffs

6              UNITED STATES DISTRICT COURT

7                   DISTRICT OF NEVADA

8

9  ELVEN JENNINGS; RICHARD FOURNIER,      )
                                           )   Case No.: 3:07-cv-230-LHR-RAM
10         Plaintiff,                      )
                                           )
11  v.                                     )
                                           )
12  FAY WARD, individually and as Trustee of )
    the D.P. and FAY WARD FAMILY TRUST    )
13  dated July 23, 1997; BRYAN S. MASON and )
    L. JANE MASON, individually and doing  )
14  business as "SILVER & STONE LLC";      )
    SILVER & NV STONES, LLC, a Nevada      )
15  limited liability company; DOUGLAS L.  )
    FARNHAM, individually and doing business )
16  as "FARNHAM TURQUOISE CO.,             )
                                           )
17         Defendants.                     )
    _____)
18                                         )
    AND RELATED CLAIMS.                    )
19  _____)

20
                    **ORDER AND STIPULATION**
21                      **(FIRST REQUEST)**

22

23      The undersigned parties, through counsel, subject to ratification by the Court,

24  stipulate and agree that the Discovery Plan and Scheduling Order in this matter shall be

25  due thirty (30) days after the Court decides the pending Motion to Dismiss. Counsel agree

26  that efficiency dictates this scheduling change.

27              RESPECTFULLY SUBMITTED.

28  ////

|   |   |   |
|---|---|---|
| 1 |   | RICHARD G. HILL, CHTD. |
| 2 | DATED this _____ day of July, 2007. | By _____ |
| 3 |   | RICHARD G. HILL, ESQ.<br>652 Forest Street |
| 4 |   | Reno, Nevada 89509<br>Attorneys for Plaintiffs |
| 5 |   |   |
| 6 | DATED this 23rd day of July, 2007 | _____ |
| 7 |   | MICHAEL J. MORRISON, ESQ.<br>1495 Ridgeview Drive, Suite 220 |
| 8 |   | Reno, Nevada 89519<br>Attorney for Defendants Fay Ward,<br>Brian Mason, L. Jane Mason |
| 9 |   |   |
| 10 |   | LEWIS AND ROCA LLC |
| 11 |   |   |
| 12 | DATED this ____ day of July, 2007 | By _____ |
| 13 |   | JAMES E. BERCHTOLD, ESQ.<br>3993 Howard Hughes Pkwy, Ste. 500 |
| 14 |   | Las Vegas, Nevada 89109<br>Attorney for Douglas Farnham |

LAW OFFICE
RICHARD G. HILL,
CHARTERED
Post Office Box 2851
Reno, Nevada 89505
(775) 348-0888
Fax(775) 348-0858

-2-

```
                                          RICHARD G. HILL, CHTD.

 1
 2  DATED this _____ day of July, 2007.   By _____
 3                                           RICHARD G. HILL, ESQ.
                                             652 Forest Street
 4                                           Reno, Nevada 89509
                                             Attorneys for Plaintiffs
 5
 6  DATED this _____ day of July, 2007.
                                             _____
 7                                           MICHAEL J. MORRISON, ESQ.
                                             1495 Ridgeview Drive, Suite 220
 8                                           Reno, Nevada 89519
                                             Attorney for Defendants Fay Ward,
 9                                           Brian Mason, L. Jane Mason

10                                           LEWIS AND ROCA LLC

11
12  DATED this 23rd day of July, 2007       By _____
                                             JAMES E. BERCHTOLD, ESQ.
13                                           3993 Howard Hughes Pkwy, Ste. 600
                                             Las Vegas, Nevada 89109
14                                           Attorney for Douglas Farnham
```

LAW OFFICE
RICHARD G. HILL
CHARTERED
Post Office Box 2551
Reno, Nevada 89505
(775) 348-0888
Fax(775) 348-0858

-2-

| | |
|---|---|
| 1 | RICHARD G. HILL, CHTD |
| 2  DATED this 23rd day of July, 2007. | By [signature] |
| 3 | RICHARD G. HILL, ESQ. |
| 4 | 652 Forest Street<br>Reno, Nevada 89509<br>Attorneys for Plaintiffs |

DATED this _____ day of July, 2007.

_____
MICHAEL J. MORRISON, ESQ.
1495 Ridgeview Drive, Suite 220
Reno, Nevada 89519
Attorney for Defendants Fay Ward,
Brian Mason, L. Jane Mason

LEWIS AND ROCA LLC

DATED this _____ day of July, 2007     By _____
JAMES E. BERCHTOLD, ESQ.
3993 Howard Hughes Pkwy, Ste. 600
Las Vegas, Nevada 89109
Attorney for Douglas Farnham

### ORDER

Upon the stipulation of counsel and good cause appearing,

IT IS SO ORDERED.

DATED this 25th day of July, 2007.

[signature]

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

LAW OFFICE
RICHARD G. HILL,
CHARTERED
Post Office Box 2551
Reno, Nevada 89505
(775) 348-0888
Fax(775) 348-0858

-2-