UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELVEN JENNINGS; RICHARD FOURNIER,<br><br>          Plaintiff,<br><br>v.<br><br>FAY WARD, individually and as Trustee of the D.P. and FAY WARD FAMILY TRUST dated July 23, 1997; BRYAN S. MASON and L. JANE MASON, individually and doing business as "SILVER & STONE LLC"; SILVER & NV STONES, LLC, a Nevada limited liability company; DOUGLAS L. FARNHAM, individually and doing business as "FARNHAM TURQUOISE CO.,<br><br>          Defendants. | Case No.: 3:07-cv-230-LHR-RAM |

## ORDER AND STIPULATION

On November 20, 2007, the District Court Judge scheduled a hearing in this case for January 14, 2008, at 1:30 p.m. (Document No. 79). Prior to that hearing being set, plaintiffs were given leave to amend and did so on October 11, 2007 (Document No. 39). Plaintiffs are informed and believe that Kelly McGinnis in Colorado and Jeffrey Lewis in New Mexico have now been served, as has Michele Delcastillo in Fernley, Nevada.

Plaintiffs, defendants Fay Ward and the Mason defendants all hereby stipulate and request that the hearing scheduled for January 14, 2008, be taken off calendar and

////

////

LAW OFFICE
RICHARD G. HILL,
CHARTERED
Post Office Box 2551
Reno, Nevada 89505
(775) 348-0888
Fax(775) 348-0858

1  reset once the new parties have all answered. Plaintiffs and defendants respectfully suggest
2  that to be a better use of the Court's time as well as that of the parties.

RICHARD G. HILL, CHARTERED

DATED this 10th day of January, 2008

RICHARD G. HILL, ESQ.
652 Forest Street
Reno, Nevada 89509
Attorney for Plaintiffs

PARSONS BEHLE & LATIMER

DATED this 10TH day of January, 2008

ROBERT DELONG, ESQ.
50 West Liberty Street, Ste. 750
Reno, Nevada 89501
Attorney for Defendant Fay Ward

DATED this 8TH day of January, 2008

MICHAEL J. MORRISON, ESQ.
1495 Ridgeview Drive, Suite 220
Reno, Nevada 89519
Attorney for Defendants
Brian Mason and L. Jane Mason

## ORDER

Upon the stipulation of counsel, the hearing scheduled for January 14, 2008, is off-calendar. Counsel shall reset that hearing once the newly served defendants identified above have answered.

IT IS SO ORDERED.

DATED this 11th day of January, 2008.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

LAW OFFICE
RICHARD G. HILL,
CHARTERED
Post Office Box 2551
Reno, Nevada 89505
(775) 348-0888
Fax(775) 348-0858