RICHARD G. HILL, ESQ.
State Bar No. 596
CASEY D. BAKER, ESQ.
State Bar No. 9504
RICHARD G. HILL, CHARTERED
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ELVEN JENNINGS; RICHARD FOURNIER,

    Plaintiff,

v.

FAY WARD, individually and as Trustee of the D.P. and FAY WARD FAMILY TRUST dated July 23, 1997; BRYAN S. MASON and L. JANE MASON, individually and doing business as "SILVER & STONE LLC"; SILVER & NV STONES, LLC, a Nevada limited liability company; DOUGLAS L. FARNHAM, individually and doing business as "FARNHAM TURQUOISE CO.; KELLY McGINNIS; STEVE HARPER; JEFFREY LEWIS; MICHELE DELCASTILLO,

    Defendants.

AND RELATED CLAIMS.

Case No.: 3:07-cv-230-LRH-RAM

## MOTION FOR ORDER SHORTENING TIME

Plaintiffs, ELVEN JENNINGS and RICHARD FOURNIER, by and through their counsel, RICHARD G. HILL, CHARTERED, and RICHARD G. HILL, ESQ., move the Court for an order shortening the time within which any other party may file their opposition, if any, to plaintiffs' *Motion To Reopen Limited Discovery And Set New Deadlines (First Request) Or In The Alternative, To Enforce Settlement Agreements.*

///

LAW OFFICE
RICHARD G. HILL,
CHARTERED
Post Office Box 2551
Reno, Nevada 89505
(775) 348-0888
Fax(775) 348-0858

Plaintiffs ask the Court to note that there is a status conference on June 30, 2009, at 9:00 a.m., and that unless time is shortened, briefing will not be completed before the hearing. Efficiency dictates that the motion be addressed at that hearing.

Plaintiffs request that the Court order than any party wishing to file an opposition to that motion do so no later than **Friday, June 26, 2009.**

RESPECTFULLY SUBMITTED this \_\_11th\_\_ day of June, 2009

RICHARD G. HILL, CHARTERED

_____
RICHARD G. HILL, ESQ.
652 Forest Street
Reno, Nevada 89509
Attorney for Plaintiffs

## ORDER

IT IS SO ORDERED.

DATED this \_\_15th\_\_ day of June, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

LAW OFFICE
RICHARD G. HILL,
CHARTERED
Post Office Box 2551
Reno, Nevada 89505
(775) 348-0888
Fax(775) 348-0858

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of RICHARD G. HILL, CHARTERED, and that on the 11th day of June, 2009, I electronically filed the foregoing **Motion for Order Shortening Time** with the Clerk of the Court using the CM/ECF e-filing system, and the following counsel of record were served and received notification of such filing through the CM/ECF e-filing system:

| | |
|---|---|
| Robert W. DeLong | rdelong@parsonsbehle.com; cmccaulley@parsonsbehel.com |
| Michael Morrison | michael@pyramid.net |
| Earl M. Hill | ehill@parsonsbehele.com; rtinnell@parsonsbehele.com |
| Paul D. Veasy | pveasy@parsonsbehele.com |
| Kelly McGinnis | kellymcgturq@yahoo.com |

/s/ Jalinda Recelle

LAW OFFICE
RICHARD G. HILL,
CHARTERED
Post Office Box 2551
Reno, Nevada 89505
(775) 348-0888
Fax(775) 348-0858

-3-