1 RICHARD G. HILL, ESQ.
   State Bar No. 596
2 LAREE L. BECK, ESQ.
   State Bar No. 9757
3 RICHARD G. HILL, CHARTERED
   652 Forest Street
4 Reno, Nevada 89509
   (775) 348-0888
5 Attorneys for Plaintiffs

6                    UNITED STATES DISTRICT COURT

7                          DISTRICT OF NEVADA

8

9 ELVEN JENNINGS; RICHARD FOURNIER,          )
                                             )   Case No.: 3:07-cv-230-LRH-RAM
10              Plaintiff,                    )
                                             )
11 v.                                        )
                                             )
12 FAY WARD, individually and as Trustee of  )
    the D.P. and FAY WARD FAMILY TRUST       )
13 dated July 23, 1997; BRYAN S. MASON and   )
    L. JANE MASON, individually and doing    )
14 business as "SILVER & STONE LLC";         )
    SILVER & NV STONES, LLC, a Nevada        )
15 limited liability company; DOUGLAS L.     )
    FARNHAM, individually and doing business )
16 as "FARNHAM TURQUOISE CO.,                )
                                             )
17              Defendants.                   )
   _____)

18
               **PERMANENT INJUNCTION BY CONSENT**
19

20          The defendants, BRYAN S. MASON and L. JANE MASON, individually and

21 as husband and wife; MICHELE DELCASTILLO and SILVER & NV STONES, LLC, a

22 Nevada limited liability company (collectively "MASONS") all stipulate, agree, and consent,

23 for themselves, that the Court in this case shall now enter a permanent injunction against

24 them, and each of them, and all persons and entities acting in concert with them, on the

25 terms and conditions below.

26          IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

27

28 ///

LAW OFFICE
RICHARD G. HILL,
CHARTERED
Post Office Box 2551
Reno, Nevada 89505
(775) 348-0888
Fax(775) 348-0858

1            1. That Masons, and each of them, and all persons and entities acting in

2 concert with them, shall not: Process, sell, offer to sell, market, offer to market, treat, offer

3 to treat, consign, offer to consign (as either consignee or consignor), loan, offer to loan,

4 stabilize, offer to stabilize, enhance, offer to enhance, cut, offer to cut, polish, offer to polish,

5 transport, offer to transport, give, offer to give, barter, offer to barter, trade or trade in, offer

6 to trade or trade-in, exchange, offer to exchange, buy, offer to buy any turquoise from the

7 #8 mine in any form, kind, condition or amount.

8            This injunction applies to any turquoise from the #8 mine, in any form,

9 whether chalk, treated, untreated, stabilized, unstabilized, rough, enhanced, "natural" and

10 naturally hard; and includes finished, polished and cut stones, as well as any jewelry or

11 other products containing any #8 turquoise.

12            2. That notwithstanding any other order of this Court, this Court shall retain

13 the non-exclusive jurisdiction to enforce this permanent injunction; provided that this

14 injunction may be enforced in any court of competent jurisdiction.

15            3. That Masons acknowledge that should a violation of this injunction be

16 proven by a preponderance of the evidence, sanctions and damages would be among the

17 remedies available to a court enforcing this injunction, and that the range of options for

18 remedies include, but may not be limited to, further injunctive relief, monetary sanctions

19 payable to plaintiffs, fines, or even incarceration, as a civil sanction.

20            4. That Masons stipulate that upon proof, by a preponderance of the

21 evidence, of a violation of this injunction by them, or any of them, a monetary award (which

22 would not be the exclusive remedy available to a court) would be double the value of any

23 #8 turquoise which Masons are found to have engaged in conduct prohibited by the terms

24 of paragraph number 1, above, plus all fees and costs incurred by plaintiffs not only in this

25 case, but in proving said violation.

26            5. That Masons, and each of them, affirmatively represent to plaintiffs and

27 the Court that they do not currently have the care, custody or control of any #8 turquoise

28 in any form or any amount.

LAW OFFICE
RICHARD G. HILL,
CHARTERED
Post Office Box 2551
Reno, Nevada 89505
(775) 348-0888
Fax(775) 348-0858

6. By signing below, Bryan Mason, L. Jane Mason, Michele Delcastillo and Silver & NV Stones, LLC, acknowledge that they have read this permanent injunction, that they have consulted with legal counsel of their choice, that the proscribed conduct is adequately identified, and they are each to be bound hereby. Masons acknowledge that they are waiving any presentation of evidence or cause, the right to any hearing and the right to call any witnesses before the entry of this permanent injunction.


DATED: _____          _____
                                        BRYAN S. MASON

DATED: _____          _____
                                        L. JANE MASON

DATED: _June 4, 2009_____          _Michele Delcastillo_____
                                        MICHELE DELCASTILLO

                                        SILVER & NV STONES, LLC

DATED: _____          By _____

                                        its _____

LAW OFFICE
RICHARD G. HILL,
CHARTERED
Post Office Box 2551
Reno, Nevada 89505
(775) 348-0888
Fax(775) 348-0858

1      6.  By signing below, Bryan Mason, L. Jane Mason, Michele Delcastillo and

2  Silver & NV Stones, LLC, acknowledge that they have read this permanent injunction, that

3  they have consulted with legal counsel of their choice, that the proscribed conduct is

4  adequately identified,  and they are each to be bound hereby.  Masons acknowledge that

5  they are waiving any presentation of evidence or cause, the right to any hearing and the

6  right to call any witnesses before the entry of this permanent injunction.

7

8  DATED: __6/23/09__                              _____
                                                    BRYAN S. MASON

9

10  DATED: __6-23-09__                             _____
                                                    L. JANE MASON

11

12  DATED: _____                        _____
                                                    MICHELE DELCASTILLO

13

14                                                  SILVER & NV STONES, LLC

15  DATED: __6-23-09__                             By __Jane Mason__

16                                                  its __Manager__

17

18                                  **ORDER**

19      IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that based on the

20  foregoing representations of fact and consent from Masons, the injunction set forth above

21  is entered, and that Masons, and each of them, shall fully and completely comply with same.

22      IT IS SO ORDERED.

23      DATED this 30th day of June, 2009.

24

25

26                                                  _____

27                                                  LARRY R. HICKS
                                                    UNITED STATES DISTRICT JUDGE

28

LAW OFFICE
RICHARD G. HILL,
CHARTERED
Post Office Box 2551
Reno, Nevada 89505
(775) 348-0888
Fax(775) 348-0858