UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ELVEN JENNINGS and RICHARD FOURNIER,<br><br>　　　　　　Plaintiffs,<br><br>  v.<br><br>FAY WARD; et al.,<br><br>　　　　　　Defendants. | 3:07-cv-00230-LRH-RAM<br><br>ORDER |

Before the court is plaintiffs Elven Jennings and Richard Fournier's ("the plaintiffs") ex parte motion to dismiss filed on July 31, 2009. Doc. #171[1].

On February 24, 2009, the parties in this case conducted a successful mediation. Subsequently, the court ratified a stipulated dismissal of claims between plaintiffs and certain defendants. Doc. #169. Additionally, the court ratified a stipulated injunction in favor of plaintiffs against the remaining defendants. Doc #170.

All parties have settled all claims against all other parties and settlement agreements have been executed. Accordingly, because all claims have been resolved, the court will dismiss all remaining claims of all parties, subject only to the terms and conditions of the permanent injunction (Doc. #170).

---

[1] Refers to the court's docket entry number.

1    IT IS THEREFORE ORDERED that plaintiffs' ex parte motion to dismiss (Doc. #171) is
2 GRANTED. The remaining claims, except for the permanent injunction (Doc. #170) will be
3 DISMISSED with prejudice.
4    IT IS FURTHER ORDERED that each party shall bear its own attorney's fees and costs.
5    IT IS SO ORDERED.
6    DATED this 14th day of January, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE